**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Maurice D. Scott, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15cv0793 HEA |
| | ) | |
| Troy Steele, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

Petitioner moves for appointment of counsel (Doc. # 9). After considering the motion and the pleadings, the motion is denied without prejudice to refiling at a later time.

Petitioner has demonstrated, at this point, that he can adequately present his claims to the Court. Additionally, neither the factual nor the legal issues in this case appear complex.

The Court will entertain future motions for appointment of counsel as the case progresses.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for appointment of counsel is **DENIED** without prejudice at this time.

Dated this 16th day of February, 2016.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE